KAREN L. LOEFFLER
United States Attorney

JOSEPH W. BOTTINI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99515-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: joe.bottini@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. |
| | ) |
| Plaintiff, | ) <u>COUNT 1</u>: |
| | ) CONSPIRACY TO LAUNDER |
| vs. | ) PROCEEDS OF UNLAWFUL |
| | ) DISTRIBUTION OF CONTROLLED |
| DAMIEN M. MINGARELLI, | ) SUBSTANCES |
| and | )     Vio. 18 U.S.C. §1956(h) |
| ALONZO YOUNG, III | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

<u>I N D I C T M E N T</u>

The Grand Jury charges that:

## COUNT 1

Beginning at some exact time unknown to the grand jury, but by at least on or about December 5, 2008, and continuing to on or about April 27, 2009, both dates being approximate and inclusive, within the District of Alaska, and elsewhere, DAMIEN M. MINGARELLI, and ALONZO YOUNG, III, did unlawfully and knowingly combine, conspire, confederate and agree with each other and with others known and unknown to the Grand Jury, to commit an offense against the United States in violation of Title 18, United States Code, Section 1956, to wit: to conduct financial transactions affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, the unlawful distribution of controlled substances, with the intent to promote the carrying on of the unlawful distribution of controlled substances, and that while conducting such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

//

//

//

2

All of which is in violation of Title 18, United States Code, Section 1956(h), Title 21 United States Code, Section 841(b)(1)(C).

.

A TRUE BILL.

                                              s/ Grand Jury Foreperson
                                              GRAND JURY FOREPERSON

s/ Joseph W. Bottini
JOSEPH W. BOTTINI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: joe.bottini@usdoj.gov


 s/ Karen L. Loeffler
KAREN L. LOEFFLER
U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail:  Karen.Loeffler@usdoj.gov


DATED:    Oct 20, 2010