AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

RECEIVED

OCT 27 2010

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

V.

DAMIEN M. MINGARELLI

ORIGINAL

*SECRET*

## WARRANT FOR ARREST

CASE NUMBER: 3:10-cr-00108-1-RRB-DMS

USMS-D/ALASKA-WARRANTS
FID# _____ 1986 202
WARRANT # 1106 - 1022 - 0117 -J
Entered NCIC _____

Entered APSIN _____

Removed NCIC _____
Removed APSIN _____

To:    The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest DAMIEN M. MINGARELLI and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XX] Indictment   [] Information   [] Complaint   [] Order of Court   [] Violation Notice   [] Probation Violation Petition

charging him or her with (brief description of offense):  Conspiracy to Launder Proceeds of Unlawful Distribution of Controlled Substances (ct.1)

in violation of Title 18 United States Code, Section(s) 1956(h).

Marvel Hansbraugh
Name of Issuing Officer

REDACTED SIGNATURE            Deputy Clerk
Signature of Issuing Officer

Clerk of Court
Title of Issuing Officer

October 22, 2010 at Anchorage, AK
Date and Location

Bail Fixed at $ to be determined

by  Magistrate Judge Deborah M. Smith

| RETURN | |
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: _____ | |
| LAS VEGAS, NV | |

| DATE RECEIVED 10/22/2010 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10/26/2010 | IRS | REDACTED SIGNATURE |