```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. __DAMIEN M. MINGARELLI__ CASE NO. __3:10-CR-00108-01-RRB__
Defendant: _X_ Present _X_ On Bond

BEFORE THE HONORABLE:        DEBORAH M. SMITH

DEPUTY CLERK/RECORDER:        DENALI ELMORE

UNITED STATES' ATTORNEY:      JOE BOTTINI

DEFENDANT'S ATTORNEY:         ROBERT JOHN, RETAINED

U.S.P.O.:                     CHRISTINE THORESON

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD NOVEMBER 12, 2010:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:01 p.m. court convened.

_X_ Copy of Indictment given to defendant: read/waived reading.

_X_ Defendant advised of general rights.

_X_ Defendant advised of charges and penalties.

_X_ Defendant stated true name: _same as above._

_X_ PLEAS: Not Guilty to counts _1 of the Indictment._

_X_ Bond set at _$10,000.00 unsecured_; Defendant's Appearance Bond **FILED.**

_X_ Bail Information Sheet **FILED.**

_X_ Pretrial motions due **December 3, 2010**; Order for the Progression of a Criminal Case with Trial Date **FILED.**

_X_ Counsel advised of trial date: **January 3, 2011 at 8:30 a.m.** and Final Pretrial Conference set for **December 12, 2010 at 9:00 a.m.**

_X_ OTHER: Defendant's conditions of release remain as previously set in the District if Nevada. Discovery conference certificate due **November 19, 2010.**

At 2:11 p.m. court adjourned.


DATE:    NOVEMBER 12, 2010      DEPUTY CLERK'S INITIALS:   DJE