UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE U. S. COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400



RECEIVED
NOV 23 2010
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

LANCE S. WILSON
CLERK OF COURT

CYNTHIA J. JENSEN
CHIEF DEPUTY, LAS VEGAS

JAKE HERB
CHIEF DEPUTY, RENO

November 18, 2010

Clerk, U. S. District Court
District of Alaska
Internal Box 4
Anchorage, AK  99513-7500

RE:   USA v. Damien MINGARELLI

Your Case No: 3:10CR108RRB
NEVADA Case No: 2:10-MJ-823-PAL

Dear Clerk:

Enclosed please find certification of the docket sheet in the above-referenced case, current as of November 18, 2010. The entire case file is maintained electronically and is accessible through PACER for the District of Nevada. If applicable, Sealed document(s) is/are enclosed.

Please acknowledge receipt of the letter by signing the enclosed copy and returning it to this court.

Thank you.

LANCE S. WILSON, Clerk
United States District Court


/s/ Karen Richardson
Magistrate Judge Support Clerk

Enclosures

**Receipt of the above referenced case is hereby acknowledged
this 23 day of November 2010.**

By: REDACTED SIGNATURE