UNITED STATES OF AMERICA
DISTRICT OF NEVADA, LAS VEGAS

## CERTIFICATE OF THE CLERK

I, Lance S. Wilson, Clerk of the United Stated District Court for the District of Nevada, do hereby certify that the accompanying documents listed in the attached docket sheet are original documents, or are true and correct copies of the original documents, filed in this Court and are the documents from which the docket entries have been made, and that they constitute the entire record herein:

CASE NUMBER: 2:10-mj-823-PAL

In witness whereof, I have hereunto set my hand and affixed the Seal of said District Court this 18th day of NOVEMBER, 2010.



LANCE S. WILSON,
CLERK OF THE COURT

By REDACTED SIGNATURE
Karen Richardson, Deputy Clerk