Robert John
Law Office of Robert John
P.O. Box 73570
Fairbanks, AK 99707
907-456-6056/907-456-6057 (FAX)
Attorney for Damien Mingarelli

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | D.C. No. 3:10-CR-00108-RRB-DMS |
| | ) | District of Alaska, Anchorage |
| v. | ) | |
| | ) | |
| DAMIEN MINGARELLI, and | ) | **VERIFIED, UNOPPOSED MOTION** |
| ALONZO YOUNG, III, | ) | **TO CONTINUE TRIAL** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Damien Mingarelli hereby moves to continue the trial in this case which is presently set to commence on January 3, 2011. Mingarelli requests that the trial be continued to March 14, 2011 or thereafter, consistent with the availability of the Court and the other counsel in this case.

As counsel indicated at the arraignment of Damien Mingarelli on November 12, 2010, the January 3, 2011 trial date will not allow counsel to properly and effectively prepare a defense in this case because counsel has a three-week civil trial commencing in Fairbanks on January 10, 2011, preparation for which and the conduct of which will be consuming counsel's time until that trial is completed or the case is otherwise resolved. That case is a wrongful death action arising from the Gaffney Motel/River City Court fire

in Fairbanks on January 2, 2006, wherein an 11-month-old baby and her babysitter perished. In that matter, the parties are still in the midst of taking witness depositions in various cities within Alaska and will also be taking depositions of numerous experts located throughout the Lower 48. This will require counsel to travel for many days in the coming month.

With the wrongful-death case scheduled to conclude January 28, 2011, counsel will necessarily need reasonable time thereafter to effectively prepare Damien Mingarelli's case for trial. If trial were to commence in mid-March of 2011, that should allow reasonable time for counsel to effectively prepare Damien Mingarelli's case for trial. In short, in the interests of justice, the granting of a continuance in this case is particularly merited under 18 USC §3161(h)(7)(B)(iv).

The undersigned counsel has spoken with Assistant United States Attorney Joseph Bottini and with Robert Herz, attorney for Defendant Alonzo Young, III, both of whom have indicated their non-opposition to this motion. In addition, attorney Herz indicated that at present he would be available for a trial in this case commencing March 14, 2011.

DATED at Fairbanks, Alaska this 3rd day of December, 2010.

LAW OFFICE OF ROBERT JOHN
Attorney for Damien Mingarelli

By: /s/ Robert John
    Robert John
    Alaska Bar No. 8911069
    P.O. Box 73570
    Fairbanks, Alaska 99707
    907-456-6056

# VERIFICATION

STATE OF ALASKA            )
                           )ss.
FOURTH JUDICIAL DISTRICT   )

      I, Robert John, say on oath or affirm that I have read the foregoing document and believe all statements made in the document are true.

                                  /s/Robert John
                                  Robert John

      SUBSCRIBED AND SWORN to before me this 3rd day of December, 2010.

                                  /s/Martha E. Lacher
                                  Notary Public in and for Alaska
                                  My commission expires: 7/21/12

Certificate of Service
I hereby certify that on December 3, 2010, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Alaska by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

 Law Office of Robert John
 By:  s/Robert John

Robert John
Law Office of Robert John
P.O. Box 73570
Fairbanks, AK 99707
907-456-6056/907-456-6057 (FAX)
Attorney for Damien Mingarelli

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | D.C. No. 3:10-CR-00108-RRB-DMS |
| | ) | District of Alaska, Anchorage |
| v. | ) | |
| | ) | |
| DAMIEN MINGARELLI, and | ) | **ORDER GRANTING VERIFIED,** |
| ALONZO YOUNG, III, | ) | **UNOPPOSED MOTION TO** |
| | ) | **CONTINUE TRIAL** |
| Defendants. | ) | |
| _____ | ) | |

The Court, having duly considered the matter presented, hereby orders that the motion is GRANTED. Accordingly, the parties shall appear before the Court at _____ on _____, _____, 2010 to reschedule the trial in this matter.

ENTERED at _____, Alaska this _____ day of _____, 2010.

_____
THE HONORABLE RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

Certificate of Service
I hereby certify that on December 3, 2010,
I electronically filed the foregoing with
the Clerk of the Court for the United States
District Court for the District of Alaska by
using the appellate CM/ECF system.

I certify that all participants in the case are
registered CM/ECF users and that service
will be accomplished by the appellate
CM/ECF system.

  Law Office of Robert John
  By:  s/Robert John