Robert John
Law Office of Robert John
P.O. Box 73570
Fairbanks, AK 99707
907-456-6056/907-456-6057 (FAX)
Attorney for Damien Mingarelli


IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | D.C. No. 3:10-CR-00108-RRB-DMS |
| | ) | District of Alaska, Anchorage |
| v. | ) | |
| | ) | |
| DAMIEN MINGARELLI, and | ) | **<u>NOTICE OF FILING MATERIALS</u>** |
| ALONZO YOUNG, III, | ) | **<u>TO BE RELIED UPON FOR</u>** |
| | ) | **<u>SENTENCING PURPOSES</u>** |
| Defendants. | ) | |
| _____ | ) | |

Defendant Damien Mingarelli hereby files attached hereto the following materials

to be relied upon for sentencing purposes and which are referenced in his Sentencing

Memorandum:

1.      June 20, 2011 Letter from Ksenia Kiseleva, Broker-Owner, Realty

Boutique (1 Page);

2.      June 20, 2011 Letter from Sean Vanian, Regal Assets (1 Page);

3.      July 7, 2011 Letter from Susan and Donald Sellers, Grandparents of

Damien Mingarelli (4 Pages);

4.      July 19, 2011 Letter from Linda and Wayne Peppler, Grandparents of

Summer Mingarelli (3 Pages);

5.      September 11, 2011 Letter from Dana M. Rueda, Mother of Damien Mingarelli (2 Pages);

6.      September 28, 2011 Letter from Adam J. Hathcock, CPA, President, DFG Development Corporation (1 Page); and

7.      January 18, 2012 Letter from Helen H. Warner, Friend of the Family (1 Page).

DATED at Fairbanks, Alaska this 20th day of January, 2012.

LAW OFFICE OF ROBERT JOHN
Attorney for Damien Mingarelli

By: /s/ Robert John
        Robert John
        Alaska Bar No. 8911069
        P.O. Box 73570
        Fairbanks, Alaska 99707
        907-456-6056

Certificate of Service
I hereby certify that on January 20, 2012,
I electronically filed the foregoing with
the Clerk of the Court for the United States
District Court for the District of Alaska by
using the CM/ECF system.

I certify that all participants in the case are
registered CM/ECF users and that service
will be accomplished by the CM/ECF system.

  Law Office of Robert John
  By:  s/Robert John