

**REALTY BOUTIQUE**
5870 S Decatur Blvd Suite 4, Las Vegas, NV, 89118
T 702-499-0011 F 702-541-9911
www.GoSearchLV.com | www.SevenZeroTwo.com | www.VisionVegas.com

Ksenia Kiseleva

June 20, 2011
RE: Damien Mingarelli

To Whom It May Concern:

My name is Ksenia Kiseleva and I am a broker-owner of a Real Estate company called Realty Boutique here in Las Vegas. I have known Damien Mingarelli as an employee and a friend for 4 years. Damien has been a website designer and a SEO (Search Engine Optimization) Manager for the last 2 years for my company.

I can not imagine where my business would be if I did not have Damien on my team. Just in the last 2 years Damien has become an integral asset of my company, building 3 highly trafficked websites with thousands of unique visitors per month. This has put my company number 1 on the internet for all Las Vegas Real Estate companies. Damien is very committed and very hard working. We had times when Damien stayed at my house until 4.00 o'clock in the morning, because he wanted to finish a specific task. He always had and still has the code to my house in case he ever needs/wants to work after normal business hours, as our office would be closed, even if I am not there.

In summary, I hope that this letter will help understand what kind of person Damien really is.

If you have any questions, please do not hesitate to contact me.

Sincerely, *Ksenia Kiseleva*
Ksenia Kiseleva
702-499-0011
Broker-Owner
Realty Boutique
(NV Lic B1000663)