

REGAL ASSETS

June 20, 2011

To whom it may concern

My name is Sean Vanian, I am the trustee for the Jo Pond living trust, and vice president of regal assets.

I have known Damien Migarelli since 2004, I met him through work, as Damien is a freelance programmer. Damien had great work ethics and was very pleasant, as well as being a great father. We remained friends and became closer over the following years. Damien is a very bright, talented and compassionate person. I do not know, what chain of events caused for Damien to get entagled in this legal case, however i know that Damien is not a criminal, that is not who he is, there must have been a combination of bad influences and unfortunate timing during his unemployment. I am not trying to make excuses for Damien, or trying to undermine the charges, i am just sharing information about an individual, which will not be apparent during a criminal case. He deserves another chance to be a productive member of our society, he is a newlywed, and he is about to have a baby. If you sat down and had a normal conversation with Damien, you will be stunned at how he may have found himself in this situation.

Thank you for considering all options,

Sean Vanian

