7-7-11

To whom it may concern,

I'm writing this letter in regards to my grandson Damien Michael Minyarelli.

Damien has been a wonderful grandson. He was an honor roll student and had expectations of becoming a lawyer. He has always been very loving, caring, nurturing and responsible.

Unfortunately, he became involved in using drugs and aquired a gambling habit. Which caused him to make the bad choices he did. No excuses, im deeply saddened by this, but... its the cause for all his troubles!

He truly is a good person who went astray for awhile due to his

drug habit.

Quite sometime, before, he was ever arrested on these charges he had turned his life around and stopped completely using drugs, gambling and associating with the people he had associated with in the past. He did this all on his own without any help from anyone other then the love, support and encouragement from his entire family.

We are so proud of him for doing this and for making the right decisions and choices now.

Damien has a nine year old daughter Ariana, from a previous marriage, who has always lived with Damien and his family since birth. He has always been a loving and nuturing father.

3/

Damien has remarried and now has another baby daughter, Chloe, who is a week old today and he loves her dearly.

Damien's family and work are his life today and first priorities and he hopes to continue his education as well.

I hope you will take all of this into consideration, especially, how he changed his life around even before he was arrested.

I believe it shows that he has rehabilitated himself and intends to stay on the right side of the law and life.

I beg you to please go light on this young man with so much potential.

4/

I beg you for Damien, myself, his entire family and especially for his two young daughters.

Thank you for reading this letter from the grandparents who love Damien so much and who have such heavy hearts.

Sincerely yours,
Susan C. Sellers
Donald J. Sellers