To whom it may concern,   7-19-11

Damien has shown deep regret for what he has brought on his family and others.

And has shown this by his actions.

He saw my grandaughter going down a dark path. And got her out of that world. The two of them got back on the right track. He was working hard to become a productive person, good father & son.

And they were doing well for about a year. Befor all this come down on them.

I have meet his family. They are good hard working people. But most of all they are loving, caring people. That will go out of thier way to help anyone.

They have been ther for Damien, on his ups & downs in his life.

And have opened there home to Summer (my grandaughter) to love & support her.

Summer is married to Damien. And has a beautiful baby. The two are very loving & caring parents.

His daughter Ariana, is a very well behaved child. And is on the honor roll at school.

His mother left his father years ago. But from what I have heard he was a terrible roll model for Damien. And I realy mean terrible. A father has a big influence on a child. I believe that opened doors for some of the choices he made as a young man.

In my family I have seen the heartache drug's and alcohol can cause on a family.

If I thought he hadn't changed there would be no way I would want him around my family or in my community.

From what I have seen jail would just make him hard and cold. And put a great burden on a wonderful family.

His girls especially Serena would loose a father, that has been such a good influence on her. And the baby Chole wouldn't even know him.

Saying all this sound like I am making excuses for him. but how else can I put it so you see the man we know, instead of a stranger standing in your court room.

God has placed you as his judge. And I pray for his wisdom, to come from your sentencing.

We have opened our hearts & home to Damien, no matter how this comes out. Because of the man we have seen and know.

I can only hope you will take the letters you receive to heart. Because it will truly effect so many lives.

Thank you for your time,

Respectfully, Linda & Wayne Pepphy
(Grandparents of Summer)