9/11/11

The Honorable Ralph R. Beistline
Judge, United States District Court
101 12th Ave, Fairbanks AK 99701

Dear Judge Beistline,

I'm writing this letter in regards to my son, Damien M. Mingarelli. He appears before you shortly for sentencing of a criminal offense for which he has pled guilty. My intent is to make his nature and character more familiar to you in hopes that you will take my words into consideration when you determine his sentence.

I will be the first to tell you he is not perfect. His father was a substance abuser and unfortunately passed this gene onto my son. Damien started abusing drugs as a teenager. Prior to this he was a good student and very ambitious in his life plans. He is a very warm and intelligent individual. He was in the gifted program in elementary school and by 15 years old had starting working. He wanted to work full time and I allowed him to home school. I thought this was a good option for him and would keep him busy but I didn't realize that he was already in trouble with drugs. He was doing methamphetamine and it had already started to set him in a downward spiral. I was not pro-active enough in preventing it and getting him help. I was young and my opinion was such, that if you wanted to stop then you just did. I have since learned that it is not so easy. His drug dependency had caused him to make some very poor choices. He is and has always been a good person but the drugs severely impaired his good senses and thought processes. When he was under the influence of them he could not be reasoned with but when he was sober he was himself again, a decent, caring person.

He has worked hard to get and stay sober and continues to do so daily and had already achieved that prior to him being arrested for these charges. He was forthcoming and sincere with the detectives when he spoke with them. He sees the mistakes he made and how detrimental they were to all affected by his actions. He wants to make a better life for himself and for his wife and children. He has the capacity and the desire to do that. He has a wonderful, loving family and we all support him. We will always be there for him.

He works hard every day to make his goals a reality. He would like to go back to school and enhance his opportunities further.

I also want you to know that the probation officer there, I believe his name is Matthew Jedrosko, put in his report that he called me twice and I never returned his call. That is untrue. I called him more than twice and left him messages of which he did not respond to. His statement implies that I don't care enough to return his call and I must address that. Since April of this year and until just 2 weeks ago I had been working 7 days a week and long hours each day. My business did not allow me to take all my personal calls when they came in but I did return important calls once I had the opportunity to do so. This is my son's life and it concerns me that he would state something like that. I just wanted to be sure that you know the actual circumstances and not his incorrect representation of the facts. It's important to me that this is reflected correctly.

I ask that you please consider what I've said and will be lenient in your sentencing. He has already progressed so much and I believe a long sentence will hinder his growth as a person and cause more harm to his children who need him at home with them.

Thank you for your time and consideration.

Sincerely,

Dana M. Rueda
10289 Burwood St.
Las Vegas, NV 89178
702-443-1099