

**DFG**

September 28, 2011

Re: Reference Letter for Mr. Damien Mingarelli

To Whom It May Concern:

DFG Development Corporation ("DFG") is a real estate development and investment company based in Las Vegas, NV.

DFG hired Mr. Mingarelli between 2007 and 2008 to develop several key marketing and communications pieces. Mr. Mingarelli completed assignments for Asia Town Center, a 150,000 square foot commercial, grocery-anchored shopping center planned at the Southeast corner of Warm Springs and Jones Blvd. Assignments included a corporate brochure and website for the company.

I was impressed with Mr. Mingarelli's skill in both web and graphic design. He has an ability to take direction very well and is a team player. He is also very efficient with his time and makes modifications to projects in real-time.

Mr. Mingarelli is responsible with his time and has integrity in billing. I would not hesitate to recommend Mr. Mingarelli or use him for other projects.

If you have any specific questions, I would be happy to answer them and can be reached at directly at 305-332-9862.

Sincerest regards,

Adam J. Hathcock, CPA
President

DFG Development Corporation
3955 South Jones Blvd., Ste 131
Las Vegas, NV 89146
702-530-7794 Main
702-553-4355 Facsimile