P.O. Box 80674
Fairbanks, AK 99708
January 18, 2012

The Honorable Judge Beistline
United States Federal District Judge
101 12th Avenue
Fairbanks, AK

Dear Judge Beistline,

I am writing to you as a friend of Linda and Wayne Peppler, their daughter Jayme, and her daughter Summer Mingarelli, and most important Summer and Damien Mingarelli's daughter Chloe. Both the Peppler and Mingarelli families are very anxious to help this young couple and their baby keep their family life together and stay on the right track.

My husband and I first met Linda and Wayne in the late 1960's. Both families were mining near Miller House. Our friendship has lasted for years. This was family friendship, not just adult friends. When Jayme's daughter Summer was having trouble in math a few years ago, Jayme called on me. I thought I had retired from teaching, but for Jayme I was willing to tutor (for free)!

My knowledge of the federal court system is very limited. I do not know if a federal judge has the option for a suspended imposition of sentence. If that is an option, I would respectfully ask that you consider it in this case. If that is not an option, I hope that a probation or even ankle monitor option would be available and appropriate. I really want to see this young family have a chance. They have a lot of support.

Thank you for reading my input and considering my concerns.

Sincerely,

*Helen H. Warner*

Helen H. Warner