Robert John
Law Office of Robert John
P.O. Box 73570
Fairbanks, AK 99707
907-456-6056/907-456-6057 (FAX)
Attorney for Damien Mingarelli

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | D.C. No. 3:10-CR-00108-RRB-DMS |
| | ) | District of Alaska, Anchorage |
| v. | ) | |
| | ) | |
| DAMIEN MINGARELLI, and | ) | **UNOPPOSED MOTION ON** |
| ALONZO YOUNG, III, | ) | **SHORTENED TIME TO** |
| | ) | **HAVE DEFENDANT AND** |
| Defendants. | ) | **DEFENDANT'S PHYSICIAN** |
| _____ | ) | **PARTICIPATE TELEPHONICALLY** |
| | | **AT HEARING ON FEBRUARY 17,** |
| | | **2012** |

Damien Mingarelli hereby moves to have him and his physician participate telephonically at the hearing in this case at 9:00 a.m. on February 17, 2012. The undersigned counsel has spoken with Assistant United States Attorney (AUSA) Joseph Bottini concerning this motion, and Mr. Bottini has indicated that the government does not oppose the motion and does not oppose having the motion determined on shortened time.

At present, Damien Mingarelli is in Las Vegas being treated by Dr. Holper for the injuries he received in a motor vehicle accident on or about January 24, 2012. Shortly before counsel completed this motion, Dr. Holper's office faxed counsel a copy of Dr.

Holper's report of January 31, 2012, which was signed by Dr. Holper today. A copy of the report was then faxed to ASUA Bottini and is attached to this motion. Earlier today, counsel spoke with Dr. Holper's office and was told that Dr. Holper will be in the office and available to communicate with the Court at 9:00 a.m. Alaska time (10:00 a.m. Nevada time) on February 17, 2012, though Dr. Holper's assistant did indicate that the office would be short-staffed on February 17 and thus it would be easier if the Court called Dr. Holper rather than vice versa. If the Court is unable to call Dr. Holper, counsel could call him on counsel's cellphone and he would hopefully be able to call the Court right back.

As counsel has previously communicated to AUSA Bottini, USSG §5H1.4 specifically indicates that a defendant's physical condition is pertinent to determining the sentence to be imposed. Under that provision, a defendant's physical condition may well provide the basis for a significant departure, including a sentence other than imprisonment. Regardless, the defendant's physical condition also appears to be a characteristic of the defendant and thus should be considered by the Court under 18 U.S.C. §3553(a)(1).

In view of counsel's communications with Damien Mingarelli following the accident of January 24, counsel is concerned that the impact of the injuries and the medications Mingarelli is receiving to treat the injuries and related pain have rendered Mingarelli unable to properly participate in his sentencing at this time. This includes, but is not limited to, Mingarelli's ability to exercise his right of allocution.

Motion for Telephonic Participation at Hearing/Page 2
Case 3:10-cr-00108-RRB   Document 100   Filed 02/16/12   Page 2 of 6

While at present counsel has only the January 31, 2012 report of Dr. Holper, it is hoped that Dr. Holper will shed more light on matters at the hearing on February 17. It is counsel's understanding that Mingarelli and his wife Summer Peppler have each been prescribed physical therapy several times per week and have been obtaining such therapy. To bring matters up to the minute, counsel would note that as he was completing this motion, he received a call from Mingarelli who reported that while he and his wife were just on their way to physical therapy this afternoon, a vehicle cut in front of them on the freeway and then slammed on its brakes, resulting in another automobile accident and further injury to Mingarelli.

In conclusion, at the hearing of February 17, 2012, Mingarelli will be requesting the Court to continue the sentencing to a date to be determined in view of more complete medical information and when Mingarelli has been properly treated for his injuries and is fully able to participate in person in all aspects of the sentencing. In the meantime, Mingarelli respectfully requests that the Court grant this motion.

DATED at Fairbanks, Alaska this 16th day of February, 2012.

    LAW OFFICE OF ROBERT JOHN
    Attorney for Damien Mingarelli

    By: /s/ Robert John
        Robert John
        Alaska Bar No. 8911069
        P.O. Box 73570
        Fairbanks, Alaska 99707
        907-456-6056

Motion for Telephonic Participation at Hearing/Page 3
Case 3:10-cr-00108-RRB   Document 100   Filed 02/16/12   Page 3 of 6

Certificate of Service
I hereby certify that on February 16, 2012,
I electronically filed the foregoing with
the Clerk of the Court for the United States
District Court for the District of Alaska by
using the CM/ECF system.

I certify that all participants in the case are
registered CM/ECF users and that service
will be accomplished by the CM/ECF system.

  Law Office of Robert John
  By:  s/Robert John

Robert John
Law Office of Robert John
P.O. Box 73570
Fairbanks, AK 99707
907-456-6056/907-456-6057 (FAX)
Attorney for Damien Mingarelli

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | D.C. No. 3:10-CR-00108-RRB-DMS |
| ) | District of Alaska, Anchorage |
| v. ) | |
| ) | |
| DAMIEN MINGARELLI, and ) | **ORDER GRANTING UNOPPOSED** |
| ALONZO YOUNG, III, ) | **MOTION ON SHORTENED TIME** |
| ) | **TO HAVE DEFENDANT AND** |
| Defendants. ) | **DEFENDANT'S PHYSICIAN** |
| _____ ) | **PARTICIPATE TELEPHONICALLY** |
| | **AT HEARING ON FEBRUARY 17,** |
| | **2012** |

Damien Mingarelli's motion to have defendant and defendant's physician participate telephonically at hearing on February 17, 2012 is hereby GRANTED. Damien Mingarelli may participate telephonically by calling 907-677-6246 five minutes prior to 9:00 a.m. on February 17, 2012, and Mingarelli's physician may participate telephonically by calling that number as well if the Court is not able to call Mingarelli's physician directly.

ENTERED at _____, Alaska this \_\_\_\_\_ day of _____, 2012.

_____
THE HONORABLE RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

Certificate of Service
I hereby certify that on February 16, 2012,
I electronically filed the foregoing with
the Clerk of the Court for the United States
District Court for the District of Alaska by
using the CM/ECF system.

I certify that all participants in the case are
registered CM/ECF users and that service
will be accomplished by the CM/ECF system.

  Law Office of Robert John
  By:  s/Robert John