

# STEVEN A. HOLPER, M.D., P.C.

**3233 W. CHARLESTON BLVD., SUITE #202, LAS VEGAS, NV 89102**
**PHONE (702) 878-3152   FAX (702) 878-1405**

---

**DATE OF REPORT:  1/31/2012**            **INITIAL REPORT**

DAMIEN MINGARELLI                **RE:**   DAMIEN MINGARELLI
10289 BURWOOD STREET             **DOB:**  11/09/1983
LAS VEGAS, NV  89178             **DOI:**  01/24/2012
                                 **EMP:**  REALTY BOUTIQUE
                                 **OCC:**  COMPUTER PROGRAMMER
                                 **SSN:**  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

**PRESENTING COMPLAINTS:**

1.   NECK PAIN.
2.   MID TO LOWER BACK PAIN.
3.   RIGHT ARM PAIN.
4.   HEADACHE.

**INTRODUCTION:**  This patient is a 28-year-old right-handed male who
is presenting for medical evaluation purposes status post MVA of
1/24/2012.

**HISTORY:**  This patient is a 28-year-old male who was riding in a
motor vehicle that was struck frontally.  This was a hit-and-run
incident.  His vehicle struck a concrete wall.  He was taken by
ambulance to St. Rose Hospital.  He was evaluated, treated and
released.  He struck his head against the window.  He did not lose
consciousness.

He notes pain and stiffness generally throughout the cervical,
dorsal as well as lumbosacral levels.  He complains of headaches
localized to the left temporal region described as pressure-like.
He notes pain referable to the right cervical and trapezius as
well as proximal upper extremity levels.

**PAST MEDICAL HISTORY:**  He denies any history of diabetes or
hypertension.  He denies allergies to medication.  He has had
multiple dental surgeries in the past.

He has been on medications to include Hydrocodone and Oxycodone.

DAMIEN MINGARELLI
INITIAL REPORT
1/31/2012
PAGE 2

He has ADHD for which he has been on Adderal 30 mg once per day in the past. He has been feeling better recently and therefore has taken himself off the Adderal.

**VOCATIONAL HISTORY:** He has been out of work since the accident.

**PHYSICAL EXAMINATION:** Upon examination, the patient appears awake, alert, and oriented. Ht: 5 ft. 9 ins. Wt: 175 lbs. Blood pressure 107/73.

There is tenderness to palpation along the right cervical as well as upper trapezius musculature. There is tenderness to palpation along the left paravertebral musculature. Range of motion of the cervical spine is associated with pain on extremes in all spheres. There is tenderness to palpation along the thoracolumbar junction extending into the lumbosacral region. There is tenderness to palpation along the right PSIS.

Funduscopic examination revealing no acute changes. There are no long tract signs noted. Visual inspection of the skull surface revealing no evidence to suggest laceration, contusion or abrasion. He struck the right temporal region of his skull against the interior of the vehicle. He had a bump previously which has resolved. Hoffman negative bilaterally. Pupils are equal and reactive to light and accommodation.

Deep tendon reflexes intact both upper extremities. Spurling's maneuver, foraminal compression test and shoulder depression test locally aggravates his cervical complaints. Range of motion of the cervical spine is limited in all spheres. The right shoulder articulation is stable. Range of motion is functional.

**DIAGNOSTIC IMPRESSIONS – MOTOR VEHICLE ACCIDENT RELATED:**

1.  **BY HISTORY, BLUNT HEAD TRAUMA WITH POST TRAUMATIC CEPHALGIA.**
2.  **CERVICAL, DORSAL AND LUMBAR SPRAIN/STRAIN.**
3.  **RIGHT UPPER EXTREMITY MYALGIAS PROXIMALLY.**

**CAUSATION:** I believe the patient's condition of ill-being is causally related to the motor vehicle accident occurring on or about .

DAMIEN MINGARELLI
INITIAL REPORT
1/31/2012
PAGE 3

**RECOMMENDATIONS:**

1.    I am sending for the results of the emergency room data.

2.    I would like him to initiate physical therapy care at this
      facility on a regular basis.  I will follow the patient at
      weekly intervals.

3.    I have provided Soma for muscle relaxation control.

4.    I have provided Roxicodone for pain control.

**PROGNOSIS:**  Prognosis is considered undetermined at this time.

Sincerely,

STEVEN A. HOLPER, M.D., DAADEP
Board Certified
Physical Medicine/Rehabilitation

SAH:km
Dictated but not edited.
Subject to transcriptional & dictational variances
Date of Dictation: 1/31/2012
Date of Transcription: 2/1/2012