Robert John
Law Office of Robert John
P.O. Box 73570
Fairbanks, AK 99707
907-456-6056/907-456-6057 (FAX)
Attorney for Damien Mingarelli

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | D.C. No. 3:10-CR-00108-RRB-DMS |
| | ) | District of Alaska, Anchorage |
| v. | ) | |
| | ) | |
| DAMIEN MINGARELLI, and | ) | **NOTICE OF FILING SENTENCING** |
| ALONZO YOUNG, III, | ) | **DOCUMENTS PERTAINING TO** |
| | ) | **THE TWO RECENT AUTOMOBILE** |
| Defendants. | ) | **ACCIDENTS SUFFERED BY** |
| _____ | ) | **DAMIEN MINGARELLI** |

For the purposes of sentencing, including but not limited to addressing any suggestions that Damien Mingarelli was not seriously injured in the two recent automobile accidents he suffered as a passenger in a vehicle, Mingarelli submits attached hereto the following four items:

1. Driver's Report Of Traffic Accident On January 25, 2012 (1 Page);

2. Nevada Highway Patrol Traffic Collision Information For Accident On February 16, 2012 (1 Page);

3. Progressive Direct Insurance Company Estimate Of Damages To Vehicle From January 25, 2012 Accident (5 Pages); and

4. Progressive Direct Insurance Company Determination That Vehicle Deemed A Total Loss From The January 25, 2012 Accident (1 Page).

DATED at Fairbanks, Alaska this 23rd day of February, 2012.

                                              LAW OFFICE OF ROBERT JOHN
                                              Attorney for Damien Mingarelli

                                          By: /s/ Robert John
                                                   Robert John
                                                   Alaska Bar No. 8911069
                                                 P.O. Box 73570
                                                 Fairbanks, Alaska 99707
                                                 907-456-6056

Certificate of Service
I hereby certify that on February 23, 2012,
I electronically filed the foregoing with
the Clerk of the Court for the United States
District Court for the District of Alaska by
using the CM/ECF system.

I certify that all participants in the case are
registered CM/ECF users and that service
will be accomplished by the CM/ECF system.

  Law Office of Robert John
  By:  s/Robert John