LAS VEGAS METROPOLITAN POLICE DEPARTMENT
# DRIVER'S REPORT OF TRAFFIC ACCIDENT
STATION REPORT - NOT INVESTIGATED AT ACCIDENT SCENE

EVENT #: 120203 2845

| TIME | DATE OF ACCIDENT Jan 25, 2012 | DAY OR WEEK Wed | HOUR 0430 A.M. ☒ P.M. ☐ | TRAFFIC CLERK C9482 |
|---|---|---|---|---|

| PLACE | ACCIDENT OCCURRED IN CLARK COUNTY, LAS VEGAS METROPOLITAN AREA ON Blue Diamond AT INTERSECTION WITH Rainbow OR PRIVATE ROADWAY ☐ PARKING LOT ☐ OTHER _____ |
|---|---|

| ACCIDENT INVOLVED (CHECK ONE) | PEDESTRIAN ☐ | BICYCLE ☐ | ANOTHER MOTOR VEHICLE | OTHER ☐ |
|---|---|---|---|---|
| | ANIMAL ☐ | FIXED OBJECT ☐ | MOVING ☒  PARKED ☐ | HIT & RUN ☒ |

**YOUR CAR**

VEHICLE (NO. 1) 2004 Cadillac CTS car White   LICENSE PLATE _____
YEAR   MAKE/MODEL   (SEDAN, TRUCK, BUS, ETC. COLOR)   YEAR   STATE   NUMBER

DRIVER Pardu Star Summer   DATE OF BIRTH 5, 18, 92  ☒ FEMALE ☐ MALE
LAST, FIRST NAME   MONTH DAY YEAR

ADDRESS 6269 Bristol ST las vegas NV   SSN# _____
STREET OR R.F.D.   CITY AND STATE

OWNER Same   ADDRESS Same   Phone No. (702) 8040112
OTHER THAN DRIVER   STREET OR R.F.D.   CITY AND STATE

DAMAGE font side scratches, ladder dent in cars front, bell   LIST ALL PARTS OF VEHICLE DAMAGE

INSURANCE COMPANY Progressive   DR LIC#/STATE 7301130

**OTHER CAR**

VEHICLE (NO. 2) _____   LICENSE PLATE _____
YEAR   MAKE/MODEL   (SEDAN, TRUCK, BUS, ETC. COLOR)   YEAR   STATE   NUMBER

DRIVER _____   DOB or APPROX AGE _____  ☐ FEMALE ☐ MALE
LAST, FIRST NAME

SSN# _____   ADDRESS _____
STREET OR R.F.D.   CITY AND STATE

OWNER _____   DOB or APPROX AGE _____   ADDRESS _____
OTHER THAN DRIVER   STREET OR R.F.D.   CITY AND STATE

DAMAGE _____   Phone No. _____
LIST ALL PARTS OF VEHICLE DAMAGE

INSURANCE COMPANY _____   DR LIC#/STATE _____

| OTHER PROPERTY DAMAGE | |
|---|---|

**DESCRIBE WHAT HAPPENED** (REFER TO VEHICLES BY NUMBER)

A black car cut me off on the left front side trying to pass me on Blue Diamond RD. The car pushed me into the curb into the wall going 55mph.

WITNESS TO ACCIDENT Jessica Most   ADDRESS OR PHONE (702) 4916-3269
WITNESS TO ACCIDENT Rose Hemsley   ADDRESS OR PHONE (702) 4916-3269

SIGNATURE OF PERSON SUBMITTING REPORT   02/03/12   REPORT DATE

Case 3:10-cr-00108-RRB   Document 107-1   Filed 02/23/12   Page 1 of 1