# Nevada Highway Patrol
### Traffic Collision Information

The traffic collision you were involved in was investigated by the DPS/Highway Patrol.
This information card is being provided as a courtesy to you by the Patrol Division.
The collision report will be on file at one of the locations listed below:

| Northern Command | Central Command | Southern Command |
|---|---|---|
| 357 Hammill Lane | 3920 East Idaho Street | 4615 West Sunset Boulevard |
| Reno, Nevada 89511 | Elko, Nevada 89801 | Las Vegas, Nevada 89118 |
| Telephone (775) 688-2960 | Telephone (775) 753-1111 | Telephone (702) 486-4100 |

Accident Date : 02/16/2012
Accident No : 120217802
Location : I-15 , 750 SOUTH , SPRING MOUNTAIN RD NB OFF RAMP
Officer : 670 H. NEELY

VEHICLE(S)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

#1) Year : 2005
Make : HONDA
Lic . No . : 969XFH
Reg Owner : DANA MARIE RUEDA
Insurance Company :
 GEICO
 Policy No. : 4182-20-25-17
 Address/Phone Number :
 1-800-841-3000
Tow Company :

 Occupants (First Middle Last Name - Phone Number)
 #1) Name : SUMMER S PEPPLER
 OLN : 7301130
 Phone :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

#2) Year : 2003
Make : JAGUAR
Lic . No . : LV1E50
Reg Owner : LAWRENCE R STAPLES
Insurance Company :
 GEICO
 Policy No. : 4147-86-78-59
 Address/Phone Number :
 1-800-841-3000
Tow Company :

 Occupants (First Middle Last Name - Phone Number)
 #1) Name : LAWRENCE R STAPLES
 OLN : 2000736256
 Phone :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NON MOTORIST (S)

WITNESS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*