# PROGRESSIVE DIRECT INSURANCE COMPANY

4080 BOULDER HWY, LAS VEGAS, NV 89121
(702) 531-1700

Damage Assessed By:  ART GREEN

Claim Rep:  JUSTIN BRUNSON
(702) 215-7722

* Product Type: Auto
* Date of Loss: 01/25/2012
* Deductible: 1,000.00
* Claim Number: 12-1803813-01

Insured: SUMMER PEPPLER
Owner: SUMMER PEPPLER
Address: 10289 BURWOOD ST, LAS VEGAS, NV 89178
Telephone: Home Phone:    (702) 809-0112

Mitchell Service:  913501

Description: 2004 Cadillac CTS
Body Style: 4D Sed
VIN: 1G6DM577640126510
Mileage: 83,399
OEM/ALT: A
Color: WHITE
Options: PASSENGER AIRBAG, DRIVER AIRBAG, POWER DRIVER SEAT, POWER LOCK, POWER WINDOW
POWER STEERING, CRUISE CONTROL, TILT STEERING COLUMN, ANTI-LOCK BRAKE SYS.
TRACTION CONTROL, FOG LIGHTS, ALUM/ALLOY WHEELS, LEATHER STEERING WHEEL
AUTOMATIC TRANSMISSION, FRONT AIR DAM, TINTED GLASS, AUTO AIR CONDITION
TRIP COMPUTER, SUBWOOFER, TELEMATIC SYSTEMS, SIDE AIRBAGS, AUTOMATIC HEADLIGHTS
INTERIOR AUTOMATIC DAY/NIGHT OR ELECTROCHROMATIC MIRROR
SIDE HEAD CURTAIN AIRBAGS, VEHICLE THEFT TRACKING/NOTIFICATION
DAYTIME RUNNING LIGHTS, AM/FM STEREO CD, DRIVER MEMORY SEAT, FRONT BUCKET SEATS
KEYLESS ENTRY SYSTEM, POWER HEATED EXTERIOR MIRRORS, POWER LIFTGATE\TRUNK
REAR WINDOW DIVERSITY ANTENNA, STEERING WHEEL AUDIO CONTROLS
SUNROOF/MOONROOF (POWER)

Vehicle Production Date: 00/00
Drive Train: 3.6L Inj 6 Cyl 5A RWD
License: 338XRW NV
Search Code: LASVEGAS1

| Line Item | Entry Number | Labor Type | Operation | Line Item Description | Part Type/ Part Number | Dollar Amount | Labor Units |
|---|---|---|---|---|---|---|---|
| | | | | **Front Bumper** | | | |
| 1 | 300014 | BDY | OVERHAUL | Frt Bumper Cover Assy | | | 2.6 |
| 2 | 300015 | BDY | REMOVE/REPLACE | Frt Bumper Cover | ** Non-OEM | 450.00 * | INC |
| 3 | | REF | REFINISH | Frt Bumper Cover | | | C 3.3 |
| 4 | | | | keystone | | | |
| 5 | 300018 | BDY | REMOVE/REPLACE | L Frt Bumper Impact Absorber | 25746731   GM PART | 272.07 | 0.2 # |
| | | | | **Grille** | | | |
| 6 | 302583 | BDY | REPAIR | Grille | Existing | | 2.0* # |
| | | | | **Front Lamps** | | | |
| 7 | 300035 | BDY | REMOVE/REPLACE | R Front Combination Lamp Assembly | ** Non-OEM | 287.00 * | INC # |
| 8 | | BDY | CHECK/ADJUST | Headlamps | | | 0.4 |
| 9 | | | | keystone | | | |
| 10 | 300036 | BDY | REMOVE/REPLACE | L Front Combination Lamp Assembly | ** Non-OEM | 287.00 * | INC # |
| 11 | | | | keystone | | | |
| | | | | **Hood** | | | |
| 12 | 300083 | REF | BLEND | Hood Outside | | | C 1.1 |
| 13 | 301242 | BDY | REMOVE/INSTALL | Hood Moulding | | | 0.2 |
| 14 | 301929 | BDY | REMOVE/INSTALL | R Hood Washer Nozzle | | | 0.4 # |
| 15 | 301930 | BDY | REMOVE/INSTALL | L Hood Washer Nozzle | | | 0.1 # |
| | | | | **Cooling** | | | |
| 16 | 300117 | BDY | REMOVE/REPLACE | Frt Cooling Air Deflector | 25763401   GM PART | 92.70 | INC # |
| | | | | **Front Fender** | | | |
| 17 | 300177 | BDY | REMOVE/REPLACE | R Fender Panel | Used/Recycled | 250.00 * | 2.5 #r |
| 18 | | REF | REFINISH | R Fender Outside | | | C 1.9 |
| 19 | | REF | REFINISH | R Add To Edge Fender | | | C 0.5 |

ESTIMATE RECALL NUMBER: 02/06/2012 17:08:55 12-1803813-01

Case 3:10-cv-00109-RRB   Document 107-3   Filed 02/23/12   Page 1 of 5

| Line | Part # | Type | Operation | Description | | Part No. / Source | | Price | C | Hours | Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | | | | lkq/christy #8509808 | | | | | | | |
| 21 | | | | Line Markup %25.00 | | | | | | 62.50 | |
| 22 | 300178 | BDY | REMOVE/REPLACE | L Fender Panel | | 88890921 | GM PART | 370.82 | | 2.1 | # |
| 23 | | REF | REFINISH | L Fender Outside | | | | | C | 1.7 | |
| 24 | | REF | REFINISH | L Add To Edge Fender | | | | | C | 0.5 | |
| | | | | **Front Inner Structure** | | | | | | | |
| 25 | 302187 | MCH | REMOVE/REPLACE | Sub-Frame Assy | -M | 15211976 | GM PART | 1,086.66 | | 7.5 | |
| | | | | **Wheel** | | | | | | | |
| 26 | 301373 | BDY | REMOVE/REPLACE | Wheel | | 9594996 | GM PART | 226.61 | | 0.3 | |
| 27 | | | | rt front | | | | | | | |
| 28 | 301373 | BDY | REMOVE/REPLACE | Wheel | | 9594996 | GM PART | 226.61 | | 0.3 | |
| 29 | | | | lt front | | | | | | | |
| 30 | 301373 | BDY | REMOVE/REPLACE | Wheel | | 9594996 | GM PART | 226.61 | | 0.3 | |
| 31 | | | | rt rear | | | | | | | |
| | | | | **Front Suspension** | | | | | | | |
| 32 | 300319 | MCH | REMOVE/REPLACE | R Lwr Frt Susp Control Arm Assy | -M | ORDER FROM DEALER | | 495.86 | | 2.0 | # |
| 33 | 300320 | MCH | REMOVE/REPLACE | L Lwr Frt Susp Control Arm Assy | -M | ORDER FROM DEALER | | 487.44 | | 2.0 | # |
| | | | | **Front Door** | | | | | | | |
| 34 | 300695 | REF | BLEND | R Frt Door Outside | | | | | C | 0.9 | |
| 35 | 300696 | REF | BLEND | L Frt Door Outside | | | | | C | 0.9 | |
| 36 | 300711 | BDY | REMOVE/INSTALL | R Frt Door Mirror | | | | | | INC | # |
| 37 | 300712 | BDY | REMOVE/INSTALL | L Frt Door Mirror | | | | | | INC | # |
| 38 | 300715 | BDY | REMOVE/INSTALL | R Frt Otr Belt Moulding | | | | | | 0.8 | # |
| 39 | 300716 | BDY | REMOVE/INSTALL | L Frt Otr Belt Moulding | | | | | | 0.8 | # |
| 40 | 300735 | BDY | REMOVE/INSTALL | R Frt Door Trim Panel | | | | | | INC | |
| 41 | 300736 | BDY | REMOVE/INSTALL | L Frt Door Trim Panel | | | | | | INC | |
| 42 | 300789 | BDY | REMOVE/INSTALL | R Frt Door Handle | | | | | | 0.3 | # |
| 43 | 300790 | BDY | REMOVE/INSTALL | L Frt Door Handle | | | | | | 0.3 | # |
| | | | | **Rear Door** | | | | | | | |
| 44 | 300857 | BDY | REMOVE/INSTALL | R Rear Otr Belt Moulding | | | | | | 0.2 | |
| 45 | 300859 | BDY | REMOVE/INSTALL | R Rear Door Adhesive Moulding | | Existing | | | | 0.5* | |
| 46 | 300867 | BDY | REMOVE/INSTALL | R Rear Door Trim Panel | | | | | | 0.4 | |
| | | | | **Side Body** | | | | | | | |
| 47 | 301005 | REF | REFINISH | R Quarter Panel Outside | | | | | C | 2.0 | |
| 48 | 301036 | BDY | REPAIR | R Side Body Panel Assembly | -S | Existing | | | | 3.0* | |
| 49 | | | | repair rt quarter panel | | | | | | | |
| 50 | 301067 | BDY | REMOVE/INSTALL | R Frt Rocker Moulding | | | | | | INC | |
| 51 | 301068 | BDY | REMOVE/INSTALL | L Frt Rocker Moulding | | | | | | INC | |
| 52 | 301069 | BDY | REMOVE/INSTALL | R Rear Rocker Moulding | | | | | | 0.2 | # |
| | | | | **Rear Suspension** | | | | | | | |
| 53 | 301138 | MCH | REMOVE/REPLACE | L Rear Susp Knuckle | -M | 88951999 | GM PART | 356.09 | | 2.6 | # |
| 54 | 301144 | MCH | REMOVE/REPLACE | L Lwr Rear Susp Control Arm | -M | 25745695 | GM PART | 249.67 | | 0.4 | # |
| | | | | **Rear Lamps** | | | | | | | |
| 55 | 301206 | BDY | REMOVE/INSTALL | R Rear Combination Lamp | | | | | | 0.4 | # |
| | | | | **Rear Bumper** | | | | | | | |
| 56 | 301219 | BDY | REMOVE/INSTALL | Rear Bumper Cover | | | | | | 1.3 | |
| 57 | 301911 | BDY | REPAIR | Rear Bumper Cover | | Existing | | | | 0.5* | |
| 58 | | REF | REFINISH/REPAIR | Rear Bumper Cover | | | | | C | 1.9* | |
| 59 | | | | MODIFIED REFINISH WITH FULL CLEAR COAT | | | | | | | |
| | | | | **ADDITIONAL OPERATIONS** | | | | | | | |
| 60 | | REF | ADD'L OPR | THREE STAGE | | | | | | 7.9 | |
| | | | | **Additional Costs & Materials** | | | | | | | |
| 61 | | | ADD'L COST | Paint/Materials | | | | | 520.00 | | | * |
| 62 | | | ADD'L COST | Hazardous Waste Disposal | | | | | 3.50 | | | * |
| | | | | **MANUAL ENTRIES** | | | | | | | |
| 63 | 900500 | BDY * | REMOVE/REPLACE | RT FRONT TIRE-YOKOHAMA 225/55R16 | | ** Non-OEM | | 110.00 | | | * 0.0* |
| 64 | | | | BETTERMENT/DEPRECIATION BASED ON | | | | | | | |
| 65 | | | | AMOUNT OF TREAD WORN | | | | | | | |
| 66 | | | | CURRENT TREAD DEPTH: X/32 | | | | | | | |
| 67 | | | | NEW TREAD DEPTH: X/32 | | | | | | | |
| 68 | | | | sin city wheels | | | | | | | |
| 69 | | | BETTERMENT - P | RIGHT FRONT TIRE $0.00 | | | | | | | |
| 70 | 900500 | BDY * | REMOVE/REPLACE | LT FRONT TIRE-YOKOHAMA 225/55R16 | | ** Non-OEM | | 110.00 | | | * 0.0* |
| 71 | | | | BETTERMENT/DEPRECIATION BASED ON | | | | | | | |
| 72 | | | | AMOUNT OF TREAD WORN | | | | | | | |
| 73 | | | | CURRENT TREAD DEPTH: X/32 | | | | | | | |

ESTIMATE RECALL NUMBER: 02/06/2012 17:08:55 12-1803813-01

| | | |
|---|---|---|
| Mitchell Data Version: | OEM: DEC_11_V0206 | |
| | MAPP:DEC_11_V0205 | Copyright (C) 1994 - 2011 Mitchell International |
| Software Version: | 7.0.437 | All Rights Reserved |

Case 3:10-cv-00206-RRB  Document 107-3  Filed 02/23/12  Page 2 of 5

| 74 | | | | NEW TREAD DEPTH: X/32 | | | |
| 75 | | | | sin city wheels | | | |
| 76 | | | BETTERMENT - P | LEFT FRONT TIRE $0.00 | | | |
| 77 | 900500 | BDY * | REMOVE/REPLACE | RT REAR TIRE-YOKOHAMA  225/55R16 | ** Non-OEM | 110.00 * | 0.0* |
| 78 | | | | BETTERMENT/DEPERCIATION BASED ON | | | |
| 79 | | | | AMOUNT OF TREAD WORN | | | |
| 80 | | | | CURRENT TREAD DEPTH: X/32 | | | |
| 81 | | | | NEW TREAD DEPTH: X/32 | | | |
| 82 | | | | sin city wheels | | | |
| 83 | | | BETTERMENT - P | RIGHT REAR TIRE $0.00 | | | |
| 84 | 900500 | MCH * | ADD'L LABOR OP | MOUNT & BALANCE TIRE | Sublet | 12.00 * | 0.0* |
| 85 | 900500 | MCH * | ADD'L LABOR OP | MOUNT & BALANCE TIRE | Sublet | 12.00 * | 0.0* |
| 86 | 900500 | MCH * | ADD'L LABOR OP | MOUNT & BALANCE TIRE | Sublet | 12.00 * | 0.0* |
| 87 | 900500 | MCH * | ADD'L LABOR OP | 4 WHEEL ALIGNMENT | Sublet | 99.99 * | 0.0* |
| 88 | 900500 | BDY * | REPAIR | RT RAIL/FLOOR | Existing | | 2.0* |
| 89 | | REF | REFINISH/REPAIR | RT RAIL/FLOOR | | | 0.5* |
| 90 | 900500 | BDY * | ADD'L LABOR OP | TAPE STRIPE | Sublet | 52.00 * | 0.0* |
| 91 | 900500 | BDY * | ADD'L LABOR OP | COVER VEHICLE FOR REFINISHING - INCLUDES LA | Sublet | 10.00 * | 0.0* |

* - Judgment Item
# - Labor Note Applies
C - Included in Three Stage Calc
r - CEG R&R Time Used For This Labor Operation

Prior Damage:
rock chips on hood, door dings/scratches, rt front door tint peeling

All manufacturers requirements regarding seat belt and supplemental
restraint system replacement must be adhered to.  If additional parts
or operations are necessary to properly accomplish this, please
contact the estimating claims rep.

# Estimate Totals

| I. Labor Subtotals | Units | Rate | Add'l Labor Amount | Sublet Amount | Totals | | II. Part Replacement Summary | | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Body | 22.1 | 44.00 | 0.00 | 62.00 | 1,034.40 | | Taxable Parts | | | 5,695.14 |
| Refinish | 23.1 | 44.00 | 0.00 | 0.00 | 1,016.40 | | Parts Adjustments | | | 62.50 |
| Mechanical | 14.5 | 85.00 | 0.00 | 135.99 | 1,368.49 | | Sales Tax | @ | 8.100% | 466.37 |
| | Non-Taxable Labor | | | | 3,419.29 | | Total Replacement Parts Amount | | | 6,224.01 |
| Labor Summary | 59.7 | | | | 3,419.29 | | | | | |

| III. Additional Costs | | | | Amount | | IV. Adjustments | Amount |
|---|---|---|---|---|---|---|---|
| Taxable Costs | | | | 523.50 | | Insurance Deductible | 1,000.00- |
| | Sales Tax | @ | 8.100% | 42.40 | | | |
| Total Additional Costs | | | | 565.90 | | Customer Responsibility | 1,000.00- |

Paint Material Method: Rates
Init Rate = 26.00

| | | | Amount |
|---|---|---|---|
| I. | Total Labor: | | 3,419.29 |
| II. | Total Replacement Parts: | | 6,224.01 |
| III. | Total Additional Costs: | | 565.90 |
| | Gross Total: | | 10,209.20 |

ESTIMATE RECALL NUMBER: 02/06/2012 17:08:55 12-1803813-01
Mitchell Data Version:    OEM: DEC_11_V0206
                          MAPP:DEC_11_V0205    Copyright (C) 1994 - 2011 Mitchell International    Page  3  of  5
Software Version:         7.0.437                      All Rights Reserved

| | | |
|---|---|---|
| IV. | Total Adjustments: | 1,000.00- |
| | Net Total: | 9,209.20 |

THIS ESTIMATE IS BASED ON THE USE OF BODY PARTS FOR YOUR MOTOR VEHICLE
WHICH WERE NOT MANUFACTURED FOR OR BY THE ORIGINAL MANUFACTURER OF THE
MOTOR VEHICLE. ANY WARRANTIES PROVIDED FOR THESE BODY PARTS ARE PROVIDED
BY THE MANUFACTURER OR DISTRIBUTOR OF THESE PARTS NOT BY THE MANUFACTURER
OF YOUR MOTOR VEHICLE. PLEASE CONTACT YOUR INSURER TO DETERMINE YOUR
RIGHTS REGARDING THE USE OF SUCH BODY PARTS.

Point(s) of Impact
11 Left Front Corner (P)

THIS IS A DAMAGE ASSESSMENT ONLY - NOT AN AUTHORIZATION TO REPAIR -
BASED ON DAMAGE VISIBLE OR CERTAIN AT THE TIME IT WAS WRITTEN.

IF FRAME OR UNIBODY REPAIR IS INCLUDED ON THIS ESTIMATE, THE AMOUNT
SHOWN INCLUDES TIME OR ALLOWANCE FOR MEASURING BEFORE, DURING AND
AFTER THOSE REPAIRS.

THE OWNER OF THE VEHICLE MAY SELECT THE REPAIR FACILITY OF HIS/HER
CHOICE.

TO ENSURE PROPER AND PROMPT PAYMENT FOR ADDITIONAL DAMAGE DISCOVERED
DURING THE COURSE OF REPAIRS, CONTACT PROGRESSIVE FOR SUPPLEMENT
HANDLING PROCEDURES.

PROGRESSIVE HONORS THE PREVAILING LABOR MARKET RATE IN YOUR AREA FOR
YOUR PROPERTY.  IF YOU CHOOSE A SHOP THAT CHARGES IN EXCESS OF
PREVAILING LABOR MARKET RATES, YOU WILL BE RESPONSIBLE FOR THE
DIFFERENCE.

LIFETIME GUARANTEE FOR SHEET METAL AND PLASTIC BODY PARTS


The replacement parts written on the estimate are intended to return
your vehicle to its pre-loss condition with proper installation.
After repair, if any sheet metal or plastic body part included in the
estimate fails to return your vehicle to its pre-loss condition
(assuming proper installation), in terms of form, fit, finish,
durability or functionality, Progressive will arrange and pay for the
replacement of the part, to the extent not covered by a
manufacturer's or other warranty. This service will be performed at
no cost to you (including associated repair and rental car costs). To
obtain service under this Guarantee, call Progressive at
1-800-274-4641. This Guarantee applies as long as you own or lease
the vehicle. This Guarantee is not transferable and terminates if you
sell or otherwise transfer your vehicle.

THIS GUARANTEE DOES NOT COVER NORMAL WEAR AND TEAR OR DAMAGE CAUSED
BY IMPROPER MAINTENANCE, NEGLECT, ABUSE OR SUBSEQUENT ACCIDENT.  THIS
GUARANTEE IS LIMITED TO ARRANGING FOR THE SELECTION OF REPAIR PARTS
THAT WILL RETURN YOUR VEHICLE TO ITS PRE-LOSS CONDITION. ACCORDINGLY,
PROGRESSIVE WILL NOT BE LIABLE FOR ANY INDIRECT, INCIDENTAL OR
CONSEQUENTIAL DAMAGES THAT RESULT FROM THE INSTALLATION OR USE OF
THESE PARTS.
                    Part Type Terms and Abbreviations
NEW and OEM or part number displayed - These refer to a new, original
equipment manufacturer part.

Case 3:10-cr-00106-RRB   Document 107-3   Filed 02/23/12   Page 4 of 5

NON-OEM and A/M and Qual REPL - These refer to an after-market part,
which is a new, non-original equipment manufacturer part.
USED/RECYCLED and LKQ - These refer to a used OEM part.
REMANUFACTURED and RECOND. and RECORE - These refer to used/recycled
OEM parts that have been refurbished.

REPAIR SHOP'S AUTHORIZED REPRESENTATIVE'S SIGNATURE INDICATING
AGREEMENT ON COST TO RETURN THE VEHICLE TO PRE-LOSS CONDITION
INCLUDING TOW/STORAGE CHARGES:

SHOP SIGNATURE: _____   EST. COMPLETION DATE: _____

ANY PERSON WHO, WITH INTENT TO DEFRAUD OR KNOWING THAT HE/SHE IS
FACILITATING A FRAUD AGAINST AN INSURER, SUBMITS AN APPLICATION OR
FILES A CLAIM CONTAINING A FALSE OR DECEPTIVE STATEMENT IS GUILTY OF
INSURANCE FRAUD.

---

Event Log

| | |
|---|---|
| File Created: | 02/06/2012 02:46:04 PM |
| Estimate Started: | 02/06/2012 03:36:13 PM |
| Estimate Printed: | 02/06/2012 03:53:37 PM |
| Estimate Committed: | 02/06/2012 05:08:55 PM |
| Estimate Uploaded: | 02/06/2012 05:09:10 PM |

Case 3:10-cr-00106-RRB   Document 107-3   Filed 02/23/12   Page 5 of 5