## Common Questions

### How can I get a rental car while my claim is open?

Your claims representative will review your policy to see if you have selected rental coverage. Even if you do not have coverage, you may still be able to obtain a rental vehicle at your own expense. Be sure to coordinate with your claims representative to qualify for the Progressive discount!

### Who do I contact if I have more questions?

Your claims representative is your best source for information regarding your claim. You can e-mail your claims representative using the "E-mail Your Claims Rep" box. If you prefer you can call your claims representative , Antonina Laforest, at 269-544-7122.

### How can I view the photos that my claims representative took of my vehicle?

Currently we do not have an option for you to view your photos online.

# Repair Details

Claim #: 12-1803813

| 04 CADIL CTS / 11764012 | |
|---|---|
| Inspection | 02/06/2012<br>View repair estimate |
| Repair Status | This vehicle has been deemed a total loss |

**We make dealing with a total loss easier.** Learn why a vehicle may be declared a total loss.

**We haggled so you don't have to.** Progressive's Car Shopping Service.

Case 3:10-cr-00106-RRB    Document 107-4    Filed 02/23/12    Page 1 of 1