MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. DAMIEN M. MINGARELLI   CASE NO. 3:10-CR-00108-01-RRB
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:        RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:       JODY EVANS

UNITED STATES' ATTORNEY:     JOSEPH BOTTINI - TELEPHONIC

DEFENDANT'S ATTORNEY:        ROBERT JOHN

U.S.P.O.:                    MATT JEDROSKO - TELEPHONIC

PROCEEDINGS: IMPOSITION OF SENTENCE HELD FEBRUARY 24, 2012:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:17 p.m. court convened.

_X_ Notice of Appeal form given to defendant/defense counsel.

_X_ Court accepted plea agreement.

_X_ Court stated findings/reasons pursuant to sentencing guidelines.

_X_ Imprisonment for a period of __80 months on count 1 of the Indictment__.

_X_ Defendant placed on supervised release for a period of _3_ years under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

_X_ Special Assessment $_100.00_, due immediately.

_X_ Defendant remanded to the custody of the U.S. Marshal.

_X_ Court advised defendant of appeal rights.

_X_ Payment coupon given to defendant.

At 2:01 p.m. court adjourned.


DATE: FEBRUARY 24, 2012     DEPUTY CLERK'S INITIALS: JAE

Revised 6/18/07