UNITED STATES OF AMERICA,                )
                                         )   U.S.D.C. Case Number
              Plaintiff,                 )   3:10-cr-00108-01-0   (RRB), AK
                                         )
                                         )
         vs.                             )
                                         )
    DAMIEN M. MINGARELLI                 )   NOTICE OF APPEAL
                                         )
                                         )
                                         )
         _____Defendant._____  )

RECEIVED FEB 24 2012 CLERK, U.S. DISTRICT COURT FAIRBANKS, AK

         Notice is hereby given that __Damien M. Mingarelli__
appeals to the Ninth Circuit Court of Appeals from the:

         (_____)    Conviction only (Fed. R. Crim. P. 32(b)).

         (_____)    Conviction and sentence.

         (✓)        Sentence only (18 U.S.C. § 3742).

         Judgment was entered on this action on: __February 24, 2012__.

         Sentence imposed: __80 months__.

         Transcript required (yes or no): __Yes__. If yes,
date ordered or to be ordered: _____ (including arrangements

for payment with court recorder).

                    Signature: __[signed] Robert John, Attorney for Damien Mingarelli__
                    Date: __February 24, 2012__

(Rev 12-1-09)