

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Damien Michael Mingarelli

Case No.: TO BE ASSIGNED
2:17-cr-47-RFB

**SUPERVISION REPORT**
**REQUESTING ACCEPTANCE OF JURISDICTION**

February 8, 2017

TO:   United States Judge

On February 24, 2012, Mr. Mingarelli was sentenced in the District of Alaska to 80 months imprisonment followed by a three year term of supervised release for having committed the offense of Conspiracy to Launder Proceeds of Unlawful Distribution of Controlled Substances. Supervision commenced in the District of Nevada on December 6, 2016.

Mr. Mingarelli intends to remain in the District of Nevada for the duration of his supervision. As such, we are respectfully requesting our Court accept jurisdiction of his case, as this would permit for the expeditious handling of any future court matters. Should the Court agree with this request, the Transfer of Jurisdiction forms are attached for Your Honor's signature.

Respectfully submitted,

Elizabeth A. Olson
*Elizabeth A. Olson* 2017.02.08
14:46:17 -08'00'

Elizabeth A Olson
United States Probation Officer

Approved:
*Todd Fredlund*
Todd Fredlund
2017.02.08 12:25:56
-08'00'

Todd J. Fredlund
Supervisory United States Probation Officer

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 3:10-cr-00108-01-RRB |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 2:17-cr-47-RFB |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Damien M. Mingarelli<br>Las Vegas, NV. | DISTRICT OF ALASKA | Anchorage |
| | NAME OF SENTENCING JUDGE | |
| | Ralph R. Beistline | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM September 03, 2015 — TO September 02, 2019 |

| OFFENSE |
|---|
| Conspiracy to Launder Proceeds of Unlawful Distribution of Controlled Substances |

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB -9 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF ALASKA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

December 8, 2016
_____
Date

_____ [signature redacted]
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/13/2017
_____
Effective Date

[signature]
United States District Judge