UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE US COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

**DEBRA K. KEMPI**
**CLERK OF COURT**

**CYNTHIA K. JENSEN**
**CHIEF DEPUTY, LAS VEGAS**

**JAKE HERB CHIEF**
**DEPUTY, RENO**

2/13/2017

U.S. District Court
District of Alaska

**Re: Transfer of Probation**

**Case Name:** Damien M. Mingarelli

**Your Case Number:** 3:10-cr-00108-01-RRB

**Our Case Number:** 2:17-cr-47-JAD-VCF

Dear Clerk:

On 2/13/2017, this court accepted transfer of jurisdiction on the above-listed defendant. In order to open the case in our court, please send us certified copies of the Indictment(s)/Information(s) and Judgment from your district. Find attached a copy of the Probation 22 form signed by both jurisdictions.

Debra K. Kempi, Clerk

By: /s/ Justin Matott

Deputy Clerk
U.S. District Court
District of Nevada, Las Vegas

**Please return the enclosed copy of this letter with your case number.**

**Date Received:**_____

**Received By:**_____